USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1862 ESTATE OF JENNIE E. PREVETT, ET AL., Plaintiffs, Appellants, v. BETTY ANN COHEN, DR., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. George A. O'Toole, Jr., U.S. District Judge] ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Peter D. Prevett on brief pro se. ________________ Pamela S. Gilman, Jennifer Ellis Burke and Taylor, Duane, Barton _________________ _____________________ _____________________ & Gilman, LLP on brief for appellee, Betty Ann Cohen, M.D. _____________ Wilson D. Rogers, Jr., Wilson D. Rogers, III and Dunn and Rogers, _____________________ ______________________ ________________ P.C. on brief for appellees, Richard NG, M.D. and St. Elizabeth's ____ Medical Center of Boston, Inc. ____________________ November 10, 1997 ____________________ Per Curiam. Upon careful review of the parties' briefs ___________ and the appellate record, we reject plaintiffs' contentions that the district court misinterpreted the Emergency Medical Treatment and Active Labor Act (EMTALA), 42 U.S.C. 1395dd, and applied an incorrect standard under Fed. R. Civ. P. 12(b)(6). Substantially for the reasons given in the district court order dated June 30, 1997, the amended complaint failed to state an EMTALA claim upon which relief could be granted, even though the complaint nominally invoked EMTALA. See Vickers v. Nash General Hospital, Inc., 78 F.3d ___ _______ ___________________________ 139, 143-44 (4th Cir. 1996).  We make no comment on the merits of plaintiffs' remaining state law claims. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-